```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ADEKUNLE OLUMUYIWA OLUYISOLA OLUSI, :

                    Plaintiff,      :

         - against -                :

PETER KEISLER et al.,               :

                    Defendants.     :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

**ORDER**

07 Civ. 8776 (DC)

**CHIN, District Judge**

       The initial pre-trial conference in this case scheduled for Friday, June 13, 2008, at 10:30 a.m. is cancelled. The Court is considering dismissing the action for the reasons set forth in the Government's letter dated June 11, 2008. The Court hereby deems the Government's letter a motion to dismiss. Plaintiff's counsel is hereby directed to respond in writing to the Government's letter by Monday, June 23, 2008.

       SO ORDERED.

Dated:   New York, New York
           June 12, 2008

                                       DENNY CHIN
                                       United States District Judge